```
UNITED STATES DISTRICT COURT
  EASTERN DISTRICT OF TENNESSEE
         AT GREENEVILLE
```

| | | |
|---|---|---|
| CHARLES JACKSON | ) | |
| | ) | |
| v. | ) | NO. 2:07-CV-185 |
| | ) | (NO. 2:02-CR-72) |
| UNITED STATES OF AMERICA | ) | |

## ORDER OF JUDGMENT

In accordance with the accompanying memorandum opinion, this *pro se* motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 is **DENIED**. [Doc. 344]. For reasons contained in the opinion, the Court finds that petitioner has failed to make a substantial showing of the denial of a constitutional right because jurists of reason would not debate the correctness of the Court's procedural ruling. *Porterfield v. Bell*, 258 F.3d 484, 485-86 (6th Cir. 2001). Thus, should petitioner file a notice of appeal from this order, he is **DENIED** a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

                                                                                                  ENTER:

                                                                           s/ Leon Jordan
                                                       United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
    CLERK OF COURT